UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-10-GW (JCx) | Date | March 16, 2016 |
|---|---|---|---|
| Title | *Star Fabrics, Inc. v. Forever 21, Inc.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    ORDER RE: ORDER TO SHOW CAUSE RE: SETTLEMENT

On March 14, 2016, plaintiff filed a Response to Order to Show Cause. Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **April 18, 2016 at 8:30 a.m.**

The parties are advised that the status conference will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed prior to the date.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    KSS