JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STAR FABRICS, INC., | Case No. CV 16-10-GW(JCx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| FOREVER 21, INC., et al., | |
| Defendants. | |

Based upon the Notice of Dismissal filed on April 15, 2016 [20], it is hereby ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: April 19, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE